

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4 A 8:20

CLERK

| | |
|---|---|
| RECCHI-GLF, a Joint Venture of CONDOTTE AMERICA, INC., a Florida Corporation and GLF CONSTRUCTION CORP., a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.Y. LIN INTERNATIONAL, INC., f/k/a DRC Consultants, Inc.,<br><br>Defendant. | CIVIL ACTION NO: CV203-164 |

IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Richard A. Brown, Jr., for the periods of July 18, 2005, through July 27, 2005, and December 19, 2005, through and including January 4, 2006, in the captioned case. (Doc. 43.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   2:03-cv-00164
Date Served:   May 4, 2005
Served By:     Lee G. LaVictoire

Attorneys Served:

Stephen G. Lowry, Esq.
Mark A. Sgarlata, Esq.
Christopher J. Brasco, Esq.
Richard A. Brown Jr., Esq.
John E. Bumgartner, Esq.
Robert B. Wedge, Esq.
Ira J. Smotherman Jr., Esq.

___ Copy placed in Minutes
_/_ Copy given to Judge
_/_ Copy given to Magistrate