IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



RECCHI-GLF, a Joint Venture of
CONDOTTE AMERICA, INC., a
Florida corporation and GLF
CONSTRUCTION CORP., a Florida
corporation,

Plaintiff,

v.

T.Y. LIN INTERNATIONAL, INC.
f/k/a DRC CONSULTANTS, INC.,

Defendant.

Case No. CV203-164



## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
## TO EXCEED PAGE LIMITATION

The Court having considered Defendant T.Y. Lin International, Inc.'s Motion for Leave to Exceed the twenty-five (25) page limitation for briefs or legal memoranda set forth in L.R. 7.1(a) in connection with its Brief in Support of Defendant's Motion for Summary Judgment, and any response filed by Plaintiff, it is hereby

ORDERED that Defendant's motion is GRANTED, and Defendant is granted leave to exceed the page limitation, and to file and serve its Brief in Support of its Motion for Summary Judgment not to exceed fifty (50) pages, exclusive of exhibits and the separate Statement of Material Facts as to Which There Exists No

Genuine Issue to be Tried. Further, Plaintiff is hereby granted leave to exceed the page limitations, and to file and serve its Brief in Opposition to Defendant's Motion for Summary Judgment not to exceed fifty (50) pages, exclusive of exhibits.

This 31st day of May, 2005.

                                            UNITED STATES MAGISTRATE JUDGE