IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 27 A 10: 55

RECCHI-GLF, a Joint Venture of
CONDOTTE AMERICA, INC., a
Florida Corporation and GLF
CONSTRUCTION CORP., a Florida
Corporation,

    Plaintiff,

v.

T.Y. LIN INTERNATIONAL, INC.,
f/k/a DRC Consultants, Inc.,

    Defendant.

CIVIL ACTION NO.: CV203-164

## ORDER

Before the Court is Defendant's Objections to the Magistrate Judge's Order of August 16, 2005, denying Defendant's First Motion in Limine.

Having read and considered the Defendant's objections and the Plaintiff's response, the Court finds that the Magistrate Judge's Order denying, at this time, Defendant's First Motion in Limine is neither clearly erroneous nor contrary to law. The Court can not now determine whether <u>all</u> evidence which relates to claims of improper design on the Talmadge Memorial Bridge project should be excluded. Thus, Defendant's Objections (Doc. No. 79) are **OVERRULED**. The Order dated August 16, 2005 shall remain the Order of this Court.

SO ORDERED, this 27 day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)